UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEARNS BANK NATIONAL ASSOCIATION**, successor to First State Bank by asset acquisition from the Federal Deposit Insurance Corporation as receiver for First State Bank,

    Plaintiff,

Case No. 8:15-cv-322-T-30EAJ

**COME AGAIN, INC.**, a Florida corporation, *et al.*,

    Defendants.
_____/

## ORDER CONFIRMING FORECLOSURE SALE

    This matter comes before the Court on Plaintiff's *Unopposed* Motion for Confirmation of Foreclosure Sale (Dkt. 67) filed on April 14, 2016.  The Court, after reviewing the Motion and the pleadings in the case, determines that the foreclosure sale that occurred on March 28, 2016, was properly advertised (Dkt. 65) and SB Holdings of Sarasota, LLC was the successful bidder at the foreclosure sale (Dkt. 66).  No objections were filed to the sale and the Defendants do not oppose confirmation.  Accordingly, is it hereby **ORDERED** and **ADJUDGED** that:

    1.    Plaintiff's *Unopposed* Motion for Confirmation of Foreclosure Sale (Dkt. 67) is **GRANTED.**

    2.    The foreclosure sale of the real property located in Pasco County, Florida and more specifically described in the Final Judgment of Foreclosure and Order of Sale entered on February 22, 2016 (Dkt. 61) is **CONFIRMED**.

3. The Special Master shall execute a Certificate of Title conveying said real property to the highest bidder at the foreclosure sale, SB Holdings of Sarasota, LLC, to be recorded in Pasco County, Florida.

**DONE** and **ORDERED** at Tampa, Florida this 14th day of April, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record